| | |
|---|---|
| 1 | DOUGLAS K. DEVRIES |
| | DEVRIES LAW FIRM |
| 2 | 1792 Tribute Road, Suite 480 |
| | Sacramento, California  95815 |
| 3 | Facsimile No.: (916) 473-4342 |
| 4 | Attorneys for Plaintiff |
| | NANCY PIANO |
| 5 | |
| 6 | THOMAS M. HERLIHY (SBN 83615) |
| | SEAN P. NALTY (SBN 121253) |
| 7 | JOHN T. BURNITE (SBN 162223) |
| | KELLY, HERLIHY & KLEIN LLP |
| 8 | 44 Montgomery Street, Suite 2500 |
| | San Francisco, California 94104-4217 |
| 9 | Telephone: (415) 951-0535 |
| | Facsimile: (415) 391-7808 |
| 10 | |
| | Attorneys for Defendants |
| 11 | UNUM LIFE INSURANCE |
| | COMPANY OF AMERICA and |
| 12 | UNUMPROVIDENT CORPORATION |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NANCY PIANO, | CASE NO. CIV.S-04-0077 DFL KJM |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL; ORDER OF DISMISSAL, WITH PREJUDICE** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; UNUMPROVIDENT CORPORATION, | |
| Defendants. | |

Plaintiff Nancy Piano ("plaintiff") and defendants UnumProvident Corporation and Unum Life Insurance Company of America ("defendants") have settled this matter. Accordingly, plaintiff through her counsel of record Douglas K. deVries, deVries Law Firm, and defendant, through its counsel of record Sean P. Nalty, Kelly, Herlihy & Klein, hereby stipulate to the following: This matter shall be dismissed with prejudice and in its entirety as to all parties and all claims for relief.

DE VRIES LAW FIRM

Date: September __15__, 2005

By _____/s/_____
Douglas K. DeVries
Attorneys for Plaintiff
NANCY PIANO

KELLY, HERLIHY & KLEIN LLP

Date: September _15_, 2005

By _____/s/_____
Sean P. Nalty
Attorneys for Defendant
UNUMPROVIDENT CORPORATION
and UNUM LIFE INSURANCE
COMPANY OF AMERICA

**ORDER**

Based on the stipulation of the parties set forth above, this matter is dismissed, with prejudice and in its entirety, as to all parties and all claims of relief.

**IT IS SO ORDERED.**

Date: September 16, 2005

_____
DAVID F. LEVI
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION OF DISMISSAL; ORDER OF DISMISSAL, WITH        CASE NO. CIV.S 04-0077 DFL KJM
PREJUDICE